```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDGAR SOTO JR., FLORA SOTO and EDGAR SOTO SR.,

                                      12 cv 6911 Judge Abrams
                                      **STIPULATION TO AMEND**
                                      **THE COMPLAINT**

                  Plaintiffs,

          -against-

THE CITY OF NEW YORK, et al.
                  Defendants.
------------------------------------------------------------X

       **IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES**, that the plaintiffs in the above-entitled matter shall be allowed to file and serve their "Amended Complaint" dated March 24, 2014. It is also agreed that by signing this Stipulation to Amend the defendants waive none of their rights or defenses, including but not limited to not being precluded from pleading the defense of the Statute of Limitations. For purposes of this Stipulation, faxed and/or email signatures shall be treated as originals.

Dated: March 24, 2014
        New York, New York                    Dated: 3/26/14
                                                              New York, New York

_____        _____
Fred Lichtmacher (FL-5341)                    Dara Olds
The Law Office of Fred Lichtmacher P.C.    Assistant Corporation Counsel
Attorneys for Plaintiffs                          100 Church Street
The Empire State Building                  New York, NY 10007
350 5th Avenue Suite 7116                  (212) ~~788-9894~~ 356-2385
New York, New York 10118
(212) 922-9066

**SO ORDERED**

_____
U.S.D.J.

3/28/14