***The Law Office of Fred Lichtmacher P.C.***
*116 West 23rd Street Suite 500*
*New York, New York 10011*
*(212) 922-9066*

November 4, 2016

The Honorable Ronnie Abrams
United States District Court
500 Pearl Street
New York, NY 10007
**Via email**

Re: **Soto et al, v NYC et al**, 12 cv 6911 (Abrams, Judge)

Your Honor:

    I am co-counsel for the Plaintiffs in the above-entitled matter.

    Two police officers were apparently just murdered in the Bronx.  While it is a horrible tragedy, and this office and the Plaintiffs sympathize, nevertheless, that incident would be highly prejudicial should it be mentioned during trial.

    We respectfully request a strong instruction to the Defendants and their witnesses that said tragedy should not be mentioned or hinted at during the trial in any manner.

    I am sorry to even have to make this request, and I am not suggesting adversary counsel would do this intentionally, but mention of this incident would be as prejudicial as Plaintiffs' counsel mentioning the killing of the schizophrenic by the police sergeant in the Bronx two weeks ago.

Respectfully submitted,

/ s /

Fred Lichtmacher

cc:    Zachary Carter
       via email