

**ZACHARY W. CARTER**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
# L<small>AW</small> D<small>EPARTMENT</small>
100 CHURCH STREET
NEW YORK, NY 10007

**BRIAN FRANCOLLA**
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
*bfrancol@law.nyc.gov*

November 4, 2016

**<u>BY ECF</u>**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:  <u>Edgar Soto, Jr., et al., v. The City of New York, et al.</u>, 12 CV 6911 (RA)
(GWG)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter.  In that capacity, I write in response to plaintiffs' letter filed several minutes ago addressing the unrelated tragedy that occurred today.  Neither defendants nor defense counsel will mention this incident during trial and we have no issue with the Court providing a specific instruction in this regard to the parties outside of the presence of the jury.

Thank you for your attention to the within matters

Respectfully submitted,

/s/

Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc:  Fred B. Lichtmacher, Esq. (by ECF)
Steven T. Halperin, Esq. (by ECF)